UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

INDICTMENT NO. 05CR-10140-RGS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| THOMAS M. FINNERAN | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Thomas M. Finneran, in the above-entitled action.

Respectfully submitted,

*Thomas Drechsler*

Thomas Drechsler, Esq.   *(d)*
B.B.O. #134840
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
Tel. (617) 265-3900

DATE:  June 15, 2005

## CERTIFICATE OF SERVICE

I, Thomas Drechsler, attorney for the defendant, Thomas M. Finneran, hereby certify that I served a true copy of the within **Notice Of Appearance**, by postage prepaid, first class mail upon: John T. McNeil, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02210; and Richard M. Egbert, Esq., 99 Summer Street, Suite 1800, Boston, MA 02110 on **June 15, 2005**.

*Thomas Drechsler*
Thomas Drechsler, Esq. (α)