AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF _Massachusetts_

## APPEARANCE

CASE NUMBER: CR05-10140 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Thomas Finneran_

_6/14/05_
Date

_[signature]_
Signature

_Richard M. Egbert_
Print Name

_99 Summer St_
Address

_Boston_   _Ma._   _0210_
City        State        Zip Code

_617-737-8222_
Phone Number