UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. Crim. No. 05-10140-RGS

UNITED STATES OF AMERICA

v.

THOMAS M. FINNERAN

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On July 20, 2005, parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys: No

2. Features of case that deserve special attention or modification of the standard schedule: No.

3. Anticipated supplemental discovery: The Court entered a protective order for discovery on July 13, 2005. That order becomes effective when both defense counsel of record file an endorsed order with the Court. One defense counsel of record has yet to file such an endorsement. Once the order is endorsed, the government is prepared to disclose not only automatic discovery, but core Jencks and other related investigatory material. That material comprises approximately 33,000 pages of documents as well as audiotapes, videotapes, CDs, floppy disks and 5 computer hard drives.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C): ~~The government will disclose expert witness discovery 30 days before trial. The defendant will disclose expert witness discovery 21 days before trial.~~ The parties will address this at the interim status conference.

5. Applicable periods of excludable delay under Speedy Trial Act: The defendant was arraigned on June 14, 2005. The period between June 14, 2005 and July 13, 2005, is excluded for purposes of automatic discovery and as a result of the joint motion for a protective order. Therefore only six days -- between July 14, 2005 and July 20, 2005 -- have not been excluded from the Speedy Trial Act calculation.

6. Trial is anticipated. The government estimates that its case in chief will take approximately 3-4 weeks, depending on the extent of cross-examination. The defendant ~~estimates that~~ has no current estimate.

7. Other matters: The parties request an interim status date for defense counsel to assess the discovery to be provided by the government. The parties propose a date in _____.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for

FILED
In Open Court
USDC, Mass.
Date 7/20/05
By W. Kusr
Deputy Clerk

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

By the Court,

Date  7/20/05

_____
Deputy Clerk