UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 05-10140-RGS |
| | ) | |
| THOMAS M. FINNERAN, | ) | |
|    Defendant | ) | |

### DEFENDANT'S OBJECTION TO MEDIA COMPANIES' MOTIONS TO INTERVENE AND TO VACATE PROTECTIVE ORDER

Now comes the defendant, Thomas Finneran, by his attorney and respectfully objects to the motions of the media companies to intervene and to vacate the Protective Order.

The defendant, through counsel, agreed to the Protective Order in the interest of justice and agrees to its terms. However, in the event this Court should vacate that order, the defendant and his counsel will continue, as they always have, to conduct themselves in accordance with the Rules of Professional Responsibility.

Respectfully submitted,
Thomas Finneran, Defendant
By his attorney,


    /s/ Richard M. Egbert
Richard M. Egbert BBO: 151800
Law Offices of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
Telephone: (617) 737-8222

Dated:  September 1, 2005

CERTIFICATE OF SERVICE

      I, Richard M. Egbert, do hereby certify that I caused a copy of the above document to be served upon John T. McNeil, Assistant U.S. Attorney, U.S. Department of Justice, John Joseph Moakley U.S. Courthouse 1 Courthouse Way, Suite 9200 Boston, MA  02210 on the 1st day of September, 2005.

    /s/ Richard M. Egbert
Richard M. Egbert