UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No: 05-10140-RGS |
| ) | |
| THOMAS M. FINNERAN,   ) | |
|    Defendant   ) | |

ACKNOWLEDGEMENT

We, the undersigned, hereby acknowledge that we have read and understand the Protective Order in the matter of <u>United States of America v. Thomas M. Finneran</u>, Criminal Number: 05-10140-RGS, and agree to abide by its terms.

__/s/ Joseph Balliro, Jr_____
Joseph Balliro, Jr.

_11/03/05___
Date