UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 05-10140-RGS |
| | ) | |
| THOMAS M. FINNERAN, | ) | |
|    Defendant | ) | |

ASSENTED TO MOTION TO CONTINUE
INTERIM STATUS CONFERENCE

      Now come the parties in the above-captioned matter and together request a continuance of the December 9, 2005 interim status conference to December 21, 2005 at 2:30 p.m.

      Respectfully submitted,
      Thomas M. Finneran, Defendant
      By his attorney,

      /s/ Richard M. Egbert
      Richard M. Egbert, BBO: 151800
      Law Offices of Richard M. Egbert, PC
      99 Summer Street, Suite 1800
      Boston, MA 02110
      (617) 737-8222

      United States of America,
      Plaintiff
      By their attorney,

      /s/ John T. McNeil
      John T. McNeil, AUSA
      US Department of Justice
      John Joseph Moakley US Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02110
      (617) 748-3100

Dated: December 8, 2005

Case 1:05-cr-10140-RGS    Document 25    Filed 12/08/2005    Page 2 of 3