UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10140-RGS |
| ) | |
| THOMAS M. FINNERAN ) | |
| ) | |

**JOINT FINAL STATUS REPORT**

The United States of America and the defendant, Thomas M. Finneran, respectfully submit this Joint Final Status Report pursuant to Local Rule 116.5(C).

(1) There are no outstanding discovery issues yet to be presented to, or resolved by, the Court.

(2) Automatic discovery is complete. The government may provide additional discovery as a result of future receipt of information.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of alibi.

(5) The defendant will file one or more dispositive motions on or before February 20, 2006. The defendant expects to file a motion to dismiss.

(6) There is no need to schedule any matter other than trial.

(7) The parties have discussed resolution of the case without trial. The parties have reached no agreement on this issue and anticipate that this matter will proceed to trial.

(8) The parties agree that all time between the defendant's arraignment on June 14, 2005, and the date of the final status conference should be excluded from the Speedy Trial Act

calculation, except for a six day period between July 14, 2005 and July 20, 2005. Therefore, trial must commence 64 days after a decision on the defendant's dispositive motions.

(9) It is anticipated that a trial will take approximately three to four weeks.


| THOMAS M. FINNERAN | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

*Richard Egbert*  By:  *John T. McNeil*
RICHARD EGBERT              JOHN T. McNEIL
99 Summer Street            Assistant U.S. Attorney
Boston, MA 02110            U.S. Courthouse
(617) 737-8222              1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3242


Date: February 9, 2006