UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10140-RGS |
| ) | |
| THOMAS M. FINNERAN ) | |
| ) | |

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The United States of America, by and through Assistant United States Attorney John T. McNeil, and the defendant, Thomas M. Finneran, respectfully move the Court to exclude from the calculation of the Speedy Trial Act, a period of 234 days, and the period between February 9, 2006 and February 20, 2006. As reason therefore, the parties submit that the defendant was indicted on June 6, 2005, and made his initial appearance and was arraigned on June 14, 2005. With the exception of the period from July 14, 2005 to July 20, 2005, all time between the defendant's arraignment and the Final Status Conference on February 9, 2006, should be excluded from the Speedy Trial Act calculation. An initial period of 28 days should be excluded for purposes of completing automatic discovery. The remainder of the time should be excluded as a result of the defendant's request for time to review the discovery provided by the government and to prepare dispositive motions. As noted at the Final Status Conference, a total of 240 days elapsed between the defendant's arraignment and the Final Status Conference; thus, the Court should enter an order excluding all but six days of this period.

Finally the defendant has indicated that he intends to file at least one dispositive motion on or before February 20, 2006. The parties therefore request that the Court order excluded the

period from February 9, 2006 through February 20, 2006.

Respectfully submitted,

| THOMAS M. FINNERAN | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

*Richard Egbert*                                By:   *John T. McNeil*
RICHARD EGBERT                                        JOHN T. McNEIL
99 Summer Street                                      Assistant U.S. Attorney
Boston, MA 02110                                      U.S. Courthouse
(617) 737-8222                                        1 Courthouse Way, Suite 9200
                                                      Boston, MA 02210
                                                      (617) 748-3242

Date: February 10, 2006