UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 05-10140-RGS |
| | ) | |
| THOMAS M. FINNERAN, | ) | |
| Defendant | ) | |

ASSENTED TO MOTION FOR ENLARGEMENT OF
TIME TO FILE DISPOSITIVE MOTIONS

Now comes the defendant, Thomas M. Finneran, in the above-referenced matter and respectfully requests this Honorable Court grant an extension of time to March 6, 2006, for the submission of his dispositive motion. As grounds therefore, the defendant states the following.

1. On February 17, 2006, John McNeil, Assistant United States Attorney, assented to a two week enlargement of time to file dispositive motions.

2. Due to inadvertence as well as the February 20, 2006 holiday, a Motion for Enlargement of Time was not filed prior to the deadline for dispositive motions, i.e., yesterday.

Therefore, the defendant requests an enlargement of time to March 6, 2006 to submit his dispositive motion.

Respectfully submitted,
Thomas M. Finneran, Defendant
By his attorney,

/s/ Richard M. Egbert
Richard M. Egbert, BBO: 151800
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

CERTIFICATE OF SERVICE

      I, Richard M. Egbert, hereby certify that I caused the foregoing to be served upon John T. McNeil, Assistant United States Attorney, United States Department of Justice, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, by first class mail, postage prepaid, on February 21, 2006.

      /s/ Richard M. Egbert
      Richard M. Egbert, Esq. BBO 151800