UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN
OPEN COURT
1-5-07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10140-RGS |
| | ) | |
| THOMAS M. FINNERAN | ) | |

### DISMISSAL OF COUNTS ONE, TWO, AND THREE OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Counts One, Two, and Three of the Indictment, each charging him with perjury in violation of 18 U.S.C. §1623. In support of this dismissal, the government states that, pursuant to a plea agreement, THOMAS M. FINNERAN has pleaded guilty to Count Four of the Indictment, charging him with obstruction of justice in violation of 18 U.S.C. §1503, and the dismissal of the remaining counts is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Leave to File Granted:

Richard G. Stearns, Judge
United States District Court